# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**METSO MINERALS INDUSTRIES, INC.**
and **METSO MINERALS (FRANCE) S.A.,**
    Plaintiffs,

    v.                          Case No. 10-C-0951

**JOHNSON CRUSHERS INTERNATIONAL, INC.**
and **ASTEC INDUSTRIES, INC.,**
    Defendants.

## ORDER

    The parties have filed the statements regarding sealed documents called for by my order of December 4, 2012, ECF No. 154. Having reviewed the statements, I am satisfied that the documents identified in those statements constitute trade secrets and may remain under seal. Accordingly, the documents identified on pages 11 and 12 of JCI's statement (ECF No. 162), and the documents identified on pages 2 through 6 of Metso's statement (ECF No. 164), shall remain sealed. All other documents associated with the parties' motions for summary judgment shall be unsealed.

    Dated at Milwaukee, Wisconsin, this 9th day of January, 2013.

                                           s/ Lynn Adelman

                                           LYNN ADELMAN
                                           District Judge